# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CASSANDRA DENISE YOUNG,**

      **Plaintiff,**

**v.**                                  **Case No:   6:16-cv-1881-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT'S OPPOSED MOTION TO WITHDRAW ANSWER AND FOR REMAND UNDER SENTENCE SIX OF 42 U.S.C. § 405(g) (Doc. No. 20)**
>
> **FILED:**      **June 1, 2017**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

After the Commissioner of Social Security filed an answer in this case, she discovered that some of the evidence in the administrative proceeding cannot be located. Accordingly, she asks to withdraw her answer and for the Court to remand the case under sentence six of 42 U.S.C. § 405(g) for further proceedings.

A response to the motion was due to be filed on June 15, 2016.[1]  As of the writing of this Report and Recommendation, no response has been filed.  Accordingly, I consider the motion to be unopposed.

I, therefore, **respectfully recommend** that the Court **GRANT** the motion, **DIRECT** the Clerk to reflect on the docket that the Commissioner's answer (Doc. 14) has been withdrawn, and **REMAND** this case to the Social Security Administration pursuant to sentence six of § 405(g) for further proceedings.  I further **recommend** that the Court **CLOSE** this case administratively pending completion of the proceedings on remand.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on June 16, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective December 1, 2016, Federal Rule of Civil Procedure 6(d) no longer adds three days to the fourteen-day response time when, as here, a motion is served electronically.