UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASSANDRA DENISE YOUNG,

    Plaintiff,

v.                                              Case No: 6:16-cv-1881-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Defendant Commissioner of Social Security's Motion to Withdraw Answer and for Remand under Sentence Six of 42 U.S.C. § 405(g), filed on June 1, 2017 (Doc. 20). The Court, having reviewed the Report and Recommendation entered on June 16, 2017 (Doc. 21), and there being no objections, hereby

**ORDERS** that the Report and Recommendation (Doc. 21) is **APPROVED and ADOPTED** as part of this order. The Motion to Withdraw Answer and for Remand under Sentence Six of 42 U.S.C. § 405(g) (Doc. 20) is **GRANTED**. The Clerk is **DIRECTED** to reflect on the docket that the Commissioner's Answer (Doc. 14) has been withdrawn. This case is **REMANDED** to the Social Security Administration pursuant to sentence six of § 405(g) for further proceedings. Further, the Clerk of the Court shall administratively **CLOSE** the case pending completion of the proceedings on remand.

**DONE AND ORDERED** in Orlando, Florida, this ___14___ day of July, 2017.

                                                          _____
                                                              G. KENDALL SHARP
                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record